IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BLACKLIDGE EMULSIONS, INC.**                                                **PLAINTIFF**

v.                                                       **CAUSE NO. 1:17CV173-LG-RHW**

**AKZO NOBEL SURFACE CHEMISTRY LLC,
ALAN JAMES, PHD., and ASPHALT
PRODUCTS UNLIMITED INC.**                                    **DEFENDANTS**

## ORDER GRANTING PLAINTIFF'S MOTION TO RESTRICT ACCESS

**BEFORE THE COURT** is Plaintiff Blacklidge Emulsions, Inc.'s ("BEI") Motion to Restrict Access [84] pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and Rule 79 of the Local Uniform Rules of the United States District Court for the Southern District of Mississippi. Having considered the matter, noting counsel's descriptions and representations of the confidential and proprietary nature of BEI's Reply to Defendant's Response to Motion for Preliminary Injunction and accompanying exhibits proposed to be restricted, and having further performed an *in camera* review of the Reply and accompanying exhibits proposed to be restricted, the Court finds that the Plaintiff's Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED** that Plaintiff is authorized to file as restricted the Reply to Defendant's Response to Motion for Preliminary Injunction and accompanying exhibits. For filing, Plaintiff shall submit to the Clerk of Court a Notice of Conventional Filing along with the documents to be filed as restricted.

1

**IT IS FURTHER ORDERED** that the Clerk of Court shall, upon receipt of the BEI's Reply to Defendant's Response to Motion for Preliminary Injunction and accompanying exhibits to be filed as restricted, restrict public access to the Restricted Reply and accompanying exhibits, and limit access to the Restricted Reply and accompanying exhibits to the Court, the parties in this action, and their counsel.

**IT IS FURTHER ORDERED** that the Restricted Reply and accompanying exhibits shall be treated and maintained as strictly confidential by the receiving parties in this action and their counsel who have access to same by virtue of this Order and, except for use in connection with the private prosecution or defense of this litigation, said receiving parties and their counsel are prohibited from using, sharing, disseminating, disclosing or otherwise publishing the Restricted Reply and accompanying exhibits without further Order from this Court.

**SO ORDERED AND ADJUDGED** this the 21st day of September, 2017.

*s/ Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge