UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| BLACKLIDGE EMULSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AKZO NOBEL SURFACE CHEMISTRY LLC, ALAN JAMES, PH.D., and ASPHALT PRODUCTS UNLIMITED, INC., <br><br> Defendants. | No.: 1:17-cv-173-LG-RPM |

**STIPULATED ORDER OF DISMISSAL OF
DEFENDANT-INTERVENOR ASPHALT PRODUCTS UNLIMITED, INC.**

THIS MATTER is before the Court on the *ore tenus* motion of Plaintiff Blacklidge Emulsions, Inc. ("BEI") and Defendant-Intervenor Asphalt Products Unlimited, Inc. ("APU"). The Court, having been fully advised in the premises, finds that the BEI and APU have reached a confidential settlement and stipulate to the Court's dismissal with prejudice all claims between them that were asserted or could have been asserted. BEI and APU further stipulate to the Court's dismissal with prejudice of APU from this action as a party. BEI and APU specifically request that the Court retain jurisdiction to enforce their confidential settlement agreement. Further, BEI and APU shall each bear their own respective attorneys' fees and costs in connection with this action. This order does not affect the claims between BEI and Alan James, Ph.D.

IT IS THEREFORE ORDERED AND ADJUDGED that all claims between BEI and APU that were asserted or could have been asserted are hereby finally dismissed with prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that APU is finally dismissed with prejudice from this action as a party.

IT IS FURTHER ORDERED AND ADJUDGED that BEI and APU shall each bear their own respective attorneys' fees and costs incurred in connection with this action.

IT IS FURTHER ORDERED AND ADJUDGED that the Court expressly retains jurisdiction to enforce the confidential settlement agreement entered into between BEI and APU.

SO ORDERED AND ADJUDGED this the 5th day of August, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

AGREED TO BY:

| | |
|---|---|
| s/ Michael K. Leachman | s/ John F. Triggs |
| Michael K. Leachman (LA Bar No. 30158) | Paul S. Murphy (MS Bar No. 101396) |
| Admitted *pro hac vice* | BUTLER SNOW LLP |
| JONES WALKER LLP | 1300 25th Avenue, Suite 204 |
| 8555 United Plaza Boulevard | P.O. Drawer 4248 |
| Baton Rouge, Louisiana 70809 | Gulfport, MS 39502 |
| Tel.: (225)248-2420; Fax: (225) 248-3120 | Tel.: (228) 864-1170; Fax: (228) 868-1531 |
| mleachman@joneswalker.com | paul.murphy@butlersnow.com |
| | |
| Robert L. Waddell (LA Bar No. 23586) | John F. Triggs (pro hac vice) |
| *Admitted pro hac vice* | Ryan D. Levy (pro hac vice) |
| JONES WALKER LLP | Seth R. Ogden (pro hac vice) |
| 600 Jefferson Street, Suite 1600 | *Admitted pro hac vice* |
| Lafayette, Louisiana 70501 | Patterson Intellectual Property Law, P.C. |
| Tel.: (337) 593-7600; Fax: (337) 593-7601 | Roundabout Plaza, Suite 500 |
| rwaddell@joneswalker.com | Nashville, TN 37203 |
| | Tel.: (615) 242-2400 |
| W. Whitaker Rayner (MS Bar No. 4666) | jft@iplawgroup.com |
| Andrew S. Harris (MS Bar No. 104289) | rdl@iplawgroup.com |
| JONES WALKER LLP | sro@iplawgroup.com |
| 190 East Capitol Street, Suite 800 (39201) | |
| Post Office Box 427 | ***Counsel for Blacklidge Emulsions, Inc.*** |
| Jackson, Mississippi 39205-0427 | |
| Tel.: (601) 949-4900; Fax: (601) 949-4804 | |
| wrayner@joneswalker.com | |
| aharris@joneswalker.com | |

***Counsel for Asphalt Products Unlimited, Inc.***